IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

JANET HALES GREENE, individually, )
and as Executor of the Estate of )
Clarence Edward Hales; and )
ELSIE COLLIER HALES, )
                                                 )
           Plaintiff, )
                                                 )
vs. )        EDNC Case No.: 4:21-cv-00074-M
                                                 )
4520 CORP., INC., individually and as )
Successor-in-interest to BENJAMIN F. )
SHAW COMPANY; *et al.*, )
                                                 )
           Defendants. )

## DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION

Defendant 4520 CORP., INC., individually and as successor-in-interest to BENJAMIN F. SHAW COMPANY, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    ___ Yes            _X_ No

2. Does party have any parent corporations?

    _X_ Yes            ___ No

If yes, identify all parent corporations, including grandparent and great-grandparent corporations: 4520 Corp., Inc. is a subsidiary of Oregon Tool, Inc. which is a subsidiary of Blount International, Inc.

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    ___ Yes            _X_ No

If yes, identify all such owners: _____
_____
_____

      This 21st day of July, 2021.

                          /s/  Jason L. Walters
                          Jason L. Walters
                          NC State Bar No: 38575
                          *Attorney for Defendant 4520 Corp., Inc., as successor in interest to Benjamin F. Shaw Company*

                          DAVIS & HAMRICK, LLP
                          635 West Fourth Street
                          PO Box 20039
                          Winston-Salem, NC  27120-0039
                          Telephone: 336 725-8385, ext 105
                          Facsimile: 336 723-8838
                          E-mail: jwalters@davisandhamrick.com

# CERTIFICATE OF SERVICE

  The undersigned does hereby certify that on July 21, 2021, I electronically filed on behalf of 4520 Corp., Inc., the foregoing *Corporate Disclosure Statement* with the Clerk of the United States District Court for the Eastern District of North Carolina using the CM/ECF system which will send notification of such filing to all counsel of record.

  Respectfully submitted,

         /s/ Jason L. Walters
         Jason L. Walters
         NC State Bar No: 38575
         *Attorney for Defendant 4520 Corp., Inc., as successor in interest to Benjamin F. Shaw Company*

         DAVIS & HAMRICK, LLP
         635 West Fourth Street
         PO Box 20039
         Winston-Salem, NC  27120-0039
         Telephone: 336 725-8385, ext 105
         Facsimile: 336 723-8838
         E-mail: jwalters@davisandhamrick.com