IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| JANET HALES GREENE, Individually and as Executor of the Estate of CLARENCE EDWARD HALES; and ELSIE COLLIER HALES, <br><br> Plaintiffs, <br><br> v. <br><br> 4520 CORP., INC. individually and as successor-in-interest to Benjamin F. Shaw Company, et al., <br><br> Defendants. | Civil Action No.: 4:21-CV-00074-M |

## **FLOWSERVE US, INC., INDIVIDUALLY AND AS SUCCESSOR-IN-INTEREST TO LAWRENCE PUMPS, INC.'S MOTION FOR SUMMARY JUDGMENT**

Defendant Flowserve US, Inc. Individually and as Successor-in-Interest to Lawrence Pumps, Inc. (hereinafter "Lawrence Pumps" or "Defendant"), pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby moves the Court for an Order granting it summary judgment in the above matter on the grounds that there is no material issues of fact, and Lawrence Pumps is entitled to judgment as a matter of law. Lawrence Pumps further moves on the grounds that there is insufficient evidence that Lawrence Pumps exposed Clarence Edward Hales to asbestos, as set

forth in *Lohrmann v. Pittsburg Corning Corp.*, 782 F.2d 1156 (4th Cir. 1986). Lawrence Pumps also moves for summary judgment as to punitive damages.

In support of its Motion, Lawrence Pumps incorporates all arguments and grounds set forth in its Memorandum in Support of Motion for Summary Judgment and/or argued before the Court.

This the 11th day of August, 2023.

Respectfully submitted,

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Eric T. Hawkins*
Eric T. Hawkins
N.C. Bar. No. 48578
55 Ivan Allen Jr. Blvd, NW
Suite 750
Atlanta, Georgia 30308
Ph. 404-978-7322
ehawkins@grsm.com
*Attorneys for Flowserve US, Inc. Individually and as Successor-in-Interest to Lawrence Pumps, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of August, 2023, a true and correct copy of the foregoing **Defendant Flowserve US, Inc., Individually and as Successor-in-Interest to Lawrence Pumps, Inc.'s Motion for Summary Judgment** was served via the court's electronic filing system on all attorneys of record pursuant to Rule 5(b)(1).

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Eric T. Hawkins*
Eric T. Hawkins
N.C. State Bar No.: 48578
55 Ivan Allen Jr. Blvd, NW
Suite 750
Atlanta, Georgia 30308
Ph. 404-978-7322
ehawkins@grsm.com
*Attorneys for Flowserve US, Inc., Individually and as Successor-in-Interest to Lawrence Pumps, Inc.*