IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
CASE NO. 4:21-cv-00074-M

| | |
|---|---|
| JANET HALES GREENE, Individually and as Executor of the Estate of CLARENCE EDWARD HALES, Deceased and ELSIE COLLIER HALES, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) **JOINT NOTICE OF SETTLEMENT** |
| | )<br>) |
| 4520 CORP INC., et al. | )<br>) |
| Defendants. | ) |

NOW COME Plaintiffs, JANET HALES GREENE, Individually and as Executor of the Estate of CLARENCE EDWARD HALES, Deceased and ELSIE COLLIER HALES, and Defendant, ARMSTRONG INTERNATIONAL, INC., by and through counsel, and hereby notify the Court of their settlement in this matter. These parties are preparing necessary papers to document this settlement and will file with the Court a Joint Motion to Dismiss this defendant when the settlement papers have been completed and executed.

This 28th day of August, 2023.

/s/ William M. Graham
William M. Graham (NC Bar No. 17972)
WALLACE AND GRAHAM, P.A.
525 N. Main Street
Salisbury, NC 28144
Telephone: (704) 633-5244
bgraham@wallacegraham.com

/s/ Timothy Peck
Timothy Peck (NC Bar No. 9991)
FOX ROTHSCHILD LLP
230 North Elm Street, Suite 1200
Greensboro, NC 27401
Telephone: (336) 378-5307
tpeck@foxrothschild.com

/s/ Jordan Blumenfeld-James  
Jordan Blumenfeld-James  
DEAN, OMAR & BRANHAM, LLP  
302 North Market Street, Suite 300  
Dallas, TX 75202  
Telephone: (214) 722-5990  
jbj@dobslegal.com

Attorneys for the Plaintiffs

/s/ Stephanie G. Flynn  
Stephanie G. Flynn (SC Bar No. 16653)  
FOX ROTHSCHILD LLP  
2 W. Washington Street, Suite 1100  
Greenville, SC 29602  
Telephone: (864) 751-7607  
sgflynn@foxrothschild.com

Attorneys for Armstrong International, Inc.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on August 28, 2023, I electronically filed the foregoing "Joint Notice of Settlement" with the Clerk of the United States District Court for the Eastern District of North Carolina using the CM/ECF system which will send notification of this filing and an electronic copy of same to the following counsel of record:

Jordan Blumenfeld-James – jbj@dobslegal.com
Ashley Kamphaus Brathwaite – ashley.brathwaite@elliswinters.com
Keith E. Coltrain – keith.coltrain@walltempleton.com
William David Conner – dconner@hsblawfirm.com
Amy C. Drayton – adrayton@garritygossage.com
Shannon Strickland Frankel – ssf@youngmoorelaw.com
Scott E. Frick – sfrick@hsblawfirm.com
William M. Graham – bgraham@wallacegrahm.com
Eric T. Hawkins – ehawkins@grsm.com
Kelly Brooks Jones – kjones@nexsenpruet.com
Scottie Forbes Lee – scottie.lee@elliswinters.com
Christopher Barton Major – cmajor@hsblawfirm.com
Emily Mather – emily.mather@klgates.com
Moffatt G. McDonald – mmcdonald@hsblawfirm.com
David B. Oakley – doakley@pbp-attorneys.com
Leslie C. Packer – leslie.packer@elliswinters.com
Timothy Peck – tpeck@foxrothschild.com
Marla Tun Reschly – marla.reschly@klgates.com
Ann Cox Rowe – arowe@davisandhamrick.com
Douglas Andrew Rubel – drubel@hpylaw.com
Peter A. Santos – psantos@nexsenpruet.com
David Aaron Senter, Jr. – das@youngmoorelaw.com
Curtis J. Shipley – curtis.shipley@elliswinters.com
William Michael Starr – bill.starr@nelsonmullins.com
Jennifer M. Techman – jmtechman@ewhlaw.com
Tracy E. Tomlin – tracy.tomlin@nelsonmullins.com
Jason Larry Walters – jwalters@davisandhamrick.com

This 28th day of August, 2023.

    /s/ Timothy Peck
Timothy Peck (NC Bar No. 9991)